1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALETHEA SARGENT (CABN 288222)
   KELLY I. VOLKAR (CABN 301377)
5  Assistant United States Attorney

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      alethea.sargent@usdoj.gov

9  Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-cr-402 JST |
| Plaintiff, | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| JANIERO BOOTH, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant JANIERO BOOTH, before this Court

on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the

defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: December 10, 2025

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 25-cr-402 JST

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **JAY BIEBER, Acting United States Marshal for the Northern District of California and Santa Rita Jail, 5325 Broder Blvd Dublin, CA 94568,** and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of JANIERO BOOTH, who is in the custody of Santa Rita Jail, before the Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on December 11, 2025, at 11:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release JANIERO BOOTH from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: December 10, 2025

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Ann Garcia*
DEPUTY CLERK